```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JOSUE ROMERO,                                                      :
:
Plaintiff,                                                         :
:            20-cv-8139 (LJL)
-v-                                                                :
:                ORDER
GEKKS, INC.,                                                       :
:
Defendant.                                                         :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

ORDERED that within one week from the date of this Order Plaintiff shall file a letter stating whether he intends to make his motion for default judgment, *see* Dkt. No. 7, by what date he will make such motion, and, if not, why this case should not be dismissed for failure to prosecute.

     SO ORDERED.

Dated: July 29, 2021
       New York, New York                          _____
                                                            LEWIS J. LIMAN
                                                 United States District Judge