```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JOSUE ROMERO,                                                      :
                                                                   :
                            Plaintiff,                             :
                                                                   :        20-cv-8139 (LJL)
            -v-                                                    :
                                                                   :           ORDER
GEKKS, INC.,                                                       :
                                                                   :
                            Defendant.                             :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/02/2021

LEWIS J. LIMAN, United States District Judge:

      Plaintiff's deadline to move for default judgment was August 31, 2021.  *See* Dkt. No. 11.  Plaintiff has not yet filed a motion for default judgment on the docket.  If a motion for default judgment is not filed by October 12, 2021, the case will be dismissed.

      SO ORDERED.

Dated: September 2, 2021  
      New York, New York

                                                      LEWIS J. LIMAN  
                                          United States District Judge